Sharon Maynard, OSB # 92584
SWANSON, THOMAS & COON
820 SW Second Ave., Suite 200
Portland, Oregon 97204
Telephone: (503) 228-5222
Fax: (503) 273-9175
Email: smaynard@stc-law.com
        Of Attorneys for Plaintiff


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**ROBIN GROVER,**                                        Civil No.04-107-HO

        Plaintiff                                        **ORDER**

        v.

**JO ANNE B. BARNHART,**
Commissioner, Social Security
Administration,

        Defendant

Based upon the stipulation of the parties, it is hereby ORDERED that attorney

fees in the amount of $ 5,981.25, costs in the amount of $ 165.60, and expenses in the

amount of $ 41.30, for a total of $ 6,188.15 are awarded to Plaintiff pursuant to the

Equal Access to Justice Act, 28 U.S.C. §2412.


DATED this _____23rd_____ day of _____August_____, 2005.

_____Michael C. Hogan_____
UNITED STATES DISTRICT JUDGE

Presented by:

_____Sharon Maynard_____
SHARON MAYNARD
Attorney for Plaintiff


ORDER

SWANSON, THOMAS & COON
820 SW Second Ave., Suite 200
Portland, OR 97204
Telephone: (503) 228-5222